```
                IN THE UNITED STATE BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In Re:   Kiye T. Young              ) Chapter 13
         Debtor                     )
                                    ) No 18-16428-ELF
                                    )
                                    )

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Proof of Claim dated March 5, 2019 was served upon all creditors and interested parties via first class regular mail on the following:

Helm Associates
801 Bristol Pike
Croydon, PA 19021


                                    /s/David M. Offen
                                    David M. Offen
                                    Attorney for Debtors