IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :
    Kiye T Young                           :        In Chapter 13
                                                        :
                                                        :        Bankruptcy No. 18-16428 (ELF)
                                  Debtor.       :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 13-1 filed by the City of Philadelphia on March 20, 2019 in the amount of $2,592.77.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: March 26, 2019          **By:**    **/s/ Pamela Elchert Thurmond**
                                              **PAMELA ELCHERT THURMOND**
                                              **Deputy City Solicitor**
                                              **PA Attorney I.D. 202054**
                                              **City of Philadelphia Law Department**
                                              **1401 JFK Blvd., 5th Floor**
                                              **Philadelphia, PA  19102-1595**
                                              **215-686-0508 (phone)**
                                              **215-686-0588 (facsimile)**
                                              **Email: Pamela.Thurmond@phila.gov**