# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                       :
                                             :        Chapter 13
    KIYE T. YOUNG,                       :
                                             :        Bankruptcy No. 18-16428 (ELF)
                  Debtor.           :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 28) filed by the City of Philadelphia on March 26, 2019.

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: April 1, 2019    By:    */s/ Joshua Domer*
                JOSHUA DOMER
                Assistant City Solicitor
                PA Attorney I.D. 319190
                Attorney for the City of Philadelphia
                    and/or
                Water Revenue Bureau
                City of Philadelphia Law Department
                Municipal Services Building
                1401 JFK Boulevard, 5th Floor
                Philadelphia, PA 19102-1595
                215-686-0519 (phone)
                Email: Joshua.Domer@phila.gov