IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
   IN RE:                 :      CHAPTER 13

Kiye T. Young             :      No. 18-16428-ELF
     Debtor
```

ANSWER TO MOTION OF U.S. BANK NATIONAL ASSOCIATION
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

```
                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor
Dated:4/3/19
```