IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:

                                 :          CHAPTER 13
Kiye T. Young                :          No. 18-16428-ELF
     Debtor


## CERTIFICATE  OF  SERVICE


The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on April 3, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:


Rebecca Solarz on behalf of U.S. Bank National Association
rsolarz@kmllawgroup.com


/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600


4/3/19