United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16428-elf
Kiye T Young                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 2        Date Rcvd: Aug 28, 2019
                            Form ID: pdf900       Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
```
db            +Kiye T Young,    4519 Vista Street,    Philadelphia, PA 19136-3710
14204233       ECMC,    PO BOX 16408,    Saint Paul, MN 55116-0408
14217702       ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
14204234      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14204235      +Helm Assocs,    801 Bristol Pike,    Croydon, PA 19021-5447
14204236      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14204237       Manley Deas Kochalski LLC,    PO Box 165029,    Columbus, OH 43216
14204240      +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
               Philadelphia, PA 19122-2806
14204241      +Philadelphia Traffic Court,    800 Spring Garden Street,    Philadelphia, PA 19123-2690
14204242      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
14245895      +U.S Bank National Association, (Trustee for the Pe,    211 North Front Street,
               Harrisburg, PA 17101-1406
14245114      +U.S. Bank National Association,    c/o Rebeca A. Solarz, Esq.,    701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
14204243      +U.S. Bank National Assoication,    211 Front Street,    PO Box 15057,    Harrisburg, PA 17105-5057
14290614      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:41     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 03:03:24
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2019 03:03:39     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE          +E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:41
               City of Philadelphia, Law Department Tax Unit,    Municipal Services Building,
               Bankruptcy Group,    1401 John F. Kennedy Blvd. 5th Floor,    Philadelphia, PA 19102-1617
14204227      +E-mail/Text: broman@amhfcu.org Aug 29 2019 03:03:35     American Heritage Federal Credit Union,
               Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14204228       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2019 03:05:54
               American InfoSource LP, agent for Verizo,    PO Box 248838,    Oklahoma City, OK 73124-8838
14204231       E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:40
               City of Philadelphia, Law Department,    Municipal Services Building,
               1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102
14285959      +E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:41
               CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD.,   5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14204229       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 03:05:50
               Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14204230      +E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:40     City of Philadelphia,
               Dept. of Revenue - Water Revenue Bureau,    c/o Joshua Domer, Esq.,
               1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102-1606
14204232       E-mail/Text: bankruptcy@consumerportfolio.com Aug 29 2019 03:03:36
               Consumer Portfolio Services, Inc.,    Asset Recovery Dept.,    PO Box 57071,
               Irvine, CA 92619-7071
14229106       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2019 03:05:53
               LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
               Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14214057      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 29 2019 03:03:21     PECO Energy Company,
               2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14204239       E-mail/Text: blegal@phfa.org Aug 29 2019 03:03:33     Pennsylvania Housing Finance Agency,
               Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14219748       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 03:06:16
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14204238      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 29 2019 03:03:21     Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
14209090      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2019 03:05:54     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14204244      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2019 03:03:16
               Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
14204245       E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:41     Water Revenue Bureau,
               1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: Virginia             Page 2 of 2                    Date Rcvd: Aug 28, 2019
                              Form ID: pdf900            Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14288167*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
               (address filed with court:  City of Philadelphia,    Law Department   Tax & Revenue Unit,
                 Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595)
14290939*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
               (address filed with court:  City of Philadelphia,    Law Department   Tax & Revenue Unit,
                 Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Kiye T Young dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA  DOMER    on behalf of    City of Philadelphia, Law Department Tax Unit
               joshua.domer@phila.gov,    karena.blaylock@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia, Law Department Tax Unit
               pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	Kiye T. Young	:	Chapter 13
	:
	Debtor	:	Bky. No. 18-16428

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: _8-27-19

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE