**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:   Kiye T. Young** ) | **Chapter 13** |
| **Debtor** ) | |
| ) | **No. 18-16428-ELF** |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

                                           **/s/David M. Offen**
                                           **David M. Offen**
                                           **Attorney for Debtor**

**Date:10/8/19**